[No. 37393-9-II. Division Two. July 14, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLOTTE JUNE BLISS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-02880-7, John R. Hickman, J., entered February 22, 2008. *Reversed* and *remanded* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton, J. Pro Tem.; Hunt, J., dissenting.

[No. 27996-1-III. Division Three. July 15, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. TOMMY J. STINER, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 08-1-01990-1, Annette S. Plese, J., entered March 25, 2009. *Affirmed* by unpublished opinion per Kulik, C.J., concurred in by Brown and Siddoway, JJ.

[No. 28149-3-III. Division Three. July 15, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. CLARISSA E. RIVAS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 08-8-01682-1, Blaine G. Gibson, J., entered April 13, 2009. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Kulik, C.J.; Korsmo, J., dissenting.

[No. 62732-5-I. Division One. July 19, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA BRYCE MILLS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-00559-1, Mary Yu, J., entered December 5, 2008. *Affirmed* by unpublished opinion per Becker, J., concurred in by Ellington and Appelwick, JJ.